No. 830, Misc.   FOSTER, AKA ASHLEY v. WASHINGTON. Super. Ct. Wash., King County.   Certiorari denied. Petitioner pro se.  John J. O'Connell, Attorney General of Washington, and Paul J. Murphy, Assistant Attorney General, for respondent.

No. 1109, Misc.   WELLS v. WILLINGHAM, WARDEN. C. A. 10th Cir.   Certiorari denied.   Petitioner pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg and Robert G. Maysack for respondent.

No. 1139, Misc.   BRYAN v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.   William E. Gray for petitioner. Crawford C. Martin, Attorney General of Texas, George M. Cowden, First Assistant Attorney General, R. L. Lattimore, Howard M. Fender, Robert E. Owen and Lonny F. Zwiener, Assistant Attorneys General, and A. J. Carubbi, Jr., for respondent.

No. 1220, Misc.   ALLEY v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Kenneth K. Simon for petitioner. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg and Julia P. Cooper for the United States.

No. 1242, Misc.   ZURITA v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   Max Cohen for petitioner. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg and Mervyn Hamburg for the United States.

No. 1393, Misc.   KROHN v. CHASE MANHATTAN BANK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.   Petitioner pro se.   Roy C. Haberkern, Jr., for respondent.